AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

GLEN MONSON.  )
  )
  )
  )
*Plaintiff(s)*  )
v.  )   Civil Action No. 5:21-cv-00249 - JWH (KKx)
  )
SWIFTFUNDS FINANCIAL  )
SERVICES. LLC.  )
  )
  )
*Defendant(s)*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SWIFTFUNDS FINANCIAL
SERVICES. LLC.
PO Box 2397
Palos Verdes Peninsula. CA 90274

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARTIN & BONTRAGER. APC
G. Thomas Martin. III
4605 Lankershim Blvd.. Suite 535
Toluca Lake. CA 91602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*[signature]* Hernandez

*Signature of Clerk or Deputy Clerk*

Date:   02/12/2021

Case 5:21-cv-00249-JWH-KK   Document 6   Filed 02/12/21   Page 2 of 2   Page ID #:16

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:21-cv-00249 - JWH (KKx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SwiftFunds Financial Services, LLC c/o legalzoom
was received by me on *(date)* 2-12-21

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Joyce Yi, Agent For Service , who is
designated by law to accept service of process on behalf of *(name of organization)* legalzoom by
emailing service at 2:50pm on *(date)* 2-19-21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2-23-21

Joe Jacques, Server
Server's signature

Joe Jacques, Server
Printed name and title

816 S. Figueroa Street, Ste 100, LA CA 90017
Server's address

Additional information regarding attempted service, etc: