**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd., Suite 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
GLEN MONSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN MONSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SWIFTFUNDS FINANCIAL SERVICES, LLC,<br><br>　　　　Defendant(s). | Case No.: 5:21-cv-00249-JWH-KK<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　NOW COMES Plaintiff, GLEN MONSON ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses his claims *with* prejudice.

- 1 -

VOLUNTARY DISMISSAL

| | |
|---|---|
| | RESPECTFULLY SUBMITTED, |
| Dated: May 26, 2021 | **MARTIN & BONTRAGER, APC** |
| | By: <u>/s/ G. Thomas Martin, III</u> |
| | G. Thomas Martin, III |
| | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Voluntary Dismissal has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.